UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7896**

———————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    v.

VICTOR V. JAMES, a/k/a Vic,

                Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:09-cr-00073-TLW-15)

———————————

Submitted:  February 21, 2013    Decided:  February 26, 2013

———————————

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Victor V. James, Appellant Pro Se.  Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor V. James appeals the district court's order granting the Government's Fed. R. Crim. P. 35(b) motion to reduce his sentence.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because James raises no issue pertaining to the district court's disposition in his informal brief, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court granted the Rule 35(b) motion, James presumably seeks to appeal the extent of the sentence reduction.